Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

IN RE:

ERIKA VAZQUEZ RAMIREZ

CASE NO. 13-70241 - HDH -13

Hearing Date: 8/21/2013

DEBTOR(S)

Hearing Time: 10:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 6/27/2013.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges Debtor's divorce decree states she receives $800.00 per month in child support. However, Debtor's Schedule I only shows $533.34 as income from child support.

4. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B) as Trustee is unable to verify all available disposable income is being committed to the Plan.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 8/14/2013

Respectfully submitted,
/s/ Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| Debtor(s) Attorney | Debtor(s) |
|---|---|
| MONTE J WHITE | ERIKA VAZQUEZ RAMIREZ |
| ATTORNEY AT LAW | |
| 1106 BROOK AVE HAMILTON PLAC | 1954 HINES |
| WICHITA FALL TX   76301-0000 | WICHITA FALL  TX  76301 |

Date:  8/14/2013

/s/ Walter O'Cheskey
Office of the Standing Trustee

ERIKA VAZQUEZ RAMIREZ
1954 HINES
WICHITA FALLS    TX   76301